**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

STEVEN JENSEN, et al.,

    Plaintiffs,

vs.                                                CASE NO. 8:13-CIV-1400-T-EAK-EAJ

FEDERAL INSURANCE COMPANY,

    Defendant.

_____/

**ORDER DENYING MOTION**

      This cause is before the Court on the defendant's motion to dismiss Count II of the amended complaint (Doc. 17) and response thereto.  The Court has reviewed the motion and response and the order denying motion to dismiss in *Powers v Hartford Insurance Company7 of the Midwest,* Case No. 8-10CV-1279-24-AEP (Doc. 14), and finds the response to be well-taken at this juncture.  The standard on this Rule 12(b)(6), Fed.R.Civ.P.  is not whether the plaintiffs will prevail but whether the allegations are sufficient to conduct discovery and to try and prove the allegations set forth.  Accordingly, it is

**ORDERED** that the defendant's motion to dismiss Count II of the amended complaint (Doc. 17) be **denied** and the defendant shall answer Count II of the amended complaint within ten days of the date of this order.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of October, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record